1  JENNIFER L. KELLER (SBN 84412)
   jkeller@kelleranderle.com
2  JEREMY W. STAMELMAN (SBN 216097)
   jstamelman@kelleranderle.com
3  JUSTIN J. CALDERON (SBN 321405)
   jcalderon@kelleranderle.com
4  KELLER/ANDERLE LLP
   18300 Von Karman Avenue, Suite 930
5  Irvine, California 92612
   Telephone:     (949) 476-8700
6  Facsimile:     (949) 476-0900

7  *Attorneys for Defendant Federal Deposit*
   *Insurance Corporation as Receiver for*
8  *First Republic Bank*

9

**UNITED STATES DISTRICT COURT**

10

**NORTHERN DISTRICT OF CALIFORNIA**

11

12  JUNG MIN LEE,                           Case No.   **3:24-cv-06194-WHO**

13            Plaintiff,                    **CERTIFICATE OF SERVICE**

14        v.

15  FORIS DAX, INC d/b/a CRYPTO.COM;
    FEDERAL DEPOSIT INSURANCE
16  CORPORATION as Receiver for FIRST
    REPUBLIC BANK; CATHERINE EVANS;
17  AND DOES 1 through 25,

18            Defendants.

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

In accordance with Local Rule 5-5, I certify that on September 23, 2024, a true and correct copy of the following documents was served via electronic mail on the interested parties through their attorneys of record identified on the attached service list.

**1.) JUDGE ORRICKS' STANDING ORDER FOR CIVIL CASES (Effective 5/2023)**

**2.) JUDGE ORRICK'S STANDING ORDER ON ADMINISTRATIVE MOTIONS TO FILE UNDER SEAL (Effective 9/2022)**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 23rd day of September 2024, in Irvine, California.


By: ___*/s/ Jeremy Stamelman*___
       Jeremy Stamelman

1

CERTIFICATE OF SERVICE

## SERVICE LIST

| | |
|---|---|
| Karl S. Kronenberger<br>Galen K. Cheney<br>Leah Rosa Vulíc<br>**KRONENBERGER ROSENFELD, LLP**<br>548 Market Street, #85399<br>San Francisco, CA 94104<br>Tel.  (415) 955-1155<br>Fax. (415) 955-1158<br>E-mail:karl@kr.law<br>　　　galen@kr.law<br>　　　leah@kr.law | ***Attorneys for Plaintiff***<br>Jung Min Lee |
| Scott L. Menger<br>**CARLTON FIELDS, LLP**<br>2029 Century Park East, Suite 1200<br>Los Angeles, CA 90067<br>Tel.  (310) 843-6300<br>Fax. (310) 843-6301<br>E-mail:smenger@carltonfields.com | ***Attorneys for Defendant***<br>Foris Dax, Inc. d/b/a Crypto.com |
| Charles Throckmorton<br>**CARLTON FIELDS, LLP**<br>2 Miami Central, Suite 1200<br>700 NW 1st Avenue<br>Miami, FL 33136<br>Tel.  (305) 530-0050<br>Fax. (305) 530-0055<br>E-mail:cthrockmorton@carltonfields.com | |
| Gerald E. Hawxhurst<br>Patrick B. Nichols<br>**HAWXHURST LLP**<br>11111 Santa Monica Blvd., Suite 620<br>Los Angeles, CA 90025<br>Tel.  (310) 893-5150<br>Fax. (310) 893-5195<br>E-mail:jerry@hawxhurstllp.com<br>　　　pat@hawxhurstllp.com | ***Attorneys for Defendant***<br>Catherine Evans |
| Matthew B. Henneman<br>George H. Rau III<br>Alexander J. Goetting<br>**HENNEMAN RAU KIRKLIN<br>& SMITH LLP**<br>815 Walker Street, Suite 1440<br>Houston, TX 77002<br>Tel.  (713) 955-6030<br>E-mail:mhenneman@hrkslaw.com<br>　　　grau@hrkslaw.com<br>　　　agoetting@hrkslaw.com | |

2

CERTIFICATE OF SERVICE