# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUNG MIN LEE,<br><br>            Plaintiff,<br><br>     vs.<br><br>FORIS DAX, INC. d/b/a CRYPTO.COM; FIRST REPUBLIC BANK; CATHERINE EVANS; AND DOES 1 through 25,<br><br>            Defendants. | Case No.: 3-24-cv-06194-WHO<br><br>Reassigned to the Honorable William H. Orrick, Courtroom 2<br><br>**[PROPOSED]** ORDER GRANTING STIPULATED REQUEST TO EXTEND TIME FOR DEFENDANT FORIS DAX, INC. TO FILE REPLY IN SUPPORT OF ITS MOTION TO DISMISS PLAINTIFF'S COMPLAINT<br><br>Date: November 6, 2024<br>Time: 2:00 p.m.<br>Place: 250 Golden Gate Ave.<br>         San Francisco, CA 94102<br><br>Complaint filed:     July 1, 2024<br>Removal filed:      August 30, 2024<br>Pretrial Conference: Not Set<br>Trial Date:              Not Set |

   This matter came before the Court on Defendant Foris DAX, Inc. d/b/a Crypto.com's Stipulated Request to Extend Time for Defendant Foris DAX, Inc. to File Reply in Support of Its Motion to Dismiss Plaintiff's Complaint (the "Request"). *See* [DE 46]. Based on the Request, supporting declaration, and agreement of all counsel of record, the Request is **GRANTED** and Foris DAX, Inc.'s deadline to reply to Plaintiff's opposition is hereby extended through and including October 11, 2024.

   **IT IS SO ORDERED.**

Dated: October 8, 2024

_____
WILLIAM H. ORRICK
United States District Court Judge