1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUNG MIN LEE,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>FORIS DAX, INC. d/b/a CRYPTO.COM; FIRST REPUBLIC BANK; CATHERINE EVANS; AND DOES 1 through 25,<br><br>　　　　Defendants. | Case No.: 3-24-cv-06194-WHO<br><br>Assigned to the Honorable William H. Orrick, Courtroom 2<br><br>**ORDER GRANTING STIPULATED REQUEST TO EXTEND TIME FOR DEFENDANT FORIS DAX, INC. TO FILE REPLY IN SUPPORT OF ITS MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>Complaint filed:　　July 1, 2024<br>Removal filed:　　　August 30, 2024<br>First Amended Complaint filed: December 16, 2024<br>Pretrial Conference: June 8, 2026<br>Trial Date:　　　　July 6, 2026 |

[PROPOSED] ORDER GRANTING STIPULATED REQUEST
TO EXTEND TIME FOR DEFENDANT FORIS DAX, INC. TO FILE
REPLY IN SUPPORT OF ITS MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT
Case No. 3:24-cv-06194-WHO

1   This matter came before the Court on Defendant Foris DAX, Inc. d/b/a Crypto.com ("Foris DAX")'s Stipulated Request to Extend Time for Defendant Foris DAX, Inc. to File Reply in Support of Its Motion to Dismiss Plaintiff's First Amended Complaint (the "Request"). *See* [DE 69]. Based on the Request, supporting declaration, and agreement of counsel of record, the Request is **GRANTED** and Foris DAX's deadline to reply to Plaintiff's opposition is hereby extended through and including February 14, 2025.

**IT IS SO ORDERED.**

Dated:  February 5, 2025

_____
WILLIAM H. ORRICK
United States District Court Judge

[PROPOSED] ORDER GRANTING STIPULATED REQUEST TO EXTEND TIME FOR DEFENDANT FORIS DAX, INC. TO FILE REPLY IN SUPPORT OF ITS MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT
Case No. 3:24-cv-06194-WHO