# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JUNG MIN LEE**, an individual,<br><br>Plaintiff,<br><br>v.<br><br>**FORIS DAX, INC. D/B/A CRYPTO.COM**, a Delaware corporation; **FIRST REPUBLIC BANK**, a California corporation; **CATHERINE EVANS**, an individual; and **DOES 1 through 25**,<br><br>Defendants. | Case No. 3:24-cv-06194-WHO<br><br>**ORDER GRANTING PLAINITFF'S UNOPPOSED MOTION TO ENLARGE BRIEFING SCHEDULE ON DEFENDANTS' MOTIONS TO DISMISS UNDER CIV. L.R. 6-3** |

Upon consideration of Plaintiff Jung Min Lee ("Plaintiff")'s Unopposed Motion to Enlarge Briefing Schedule on Defendants' Motions to Dismiss Plaintiff's Second Amended Complaint (the "Motions"), the Court, having reviewed and considered the Motion, as well as the other papers and pleadings on file herein, and finding good cause appearing, finds and orders:

IT IS ORDERED THAT the Plaintiff's Unopposed Motion is GRANTED.

The briefing schedule on Defendants' Motions to Dismiss Plaintiff's Second Amended Complaint is hereby modified as follows:

| Schedule | Prior Dates | Proposed Dates |
|---|---|---|
| Plaintiff's Opposition Due | July 7, 2025 | July 21, 2025 |
| Defendants' Replies Due | July 14, 2025 | July 28, 2025 |
| Hearing on Motions to Dismiss | August 20, 2025 | Unchanged |

IT IS SO ORDERED.

Dated: June 25, 2025

_____
Hon. William H. Orrick
United States District Judge