**FOLEY & LARDNER LLP**
Kelsey Finn (CA Bar No. 334670)
kfinn@foley.com
555 South Flower Street, Suite 3300
Los Angeles, CA 90071-2418
(213) 972.4500

Charles Throckmorton (*pro hac vice*)
Holli Gray (*pro hac vice*)
charles.throckmorton@foley.com
holli.gray@foley.com
2 S Biscayne Blvd, Suite 1900
Miami, FL 33131
(305) 482-8400

John Korba (*pro hac vice)*
jack.korba@foley.com
3000 K Street NW, Suite 600
Washington, DC 20007
(202) 295-4110

*Attorneys for Defendant Foris DAX, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUNG MIN LEE,<br><br>Plaintiff,<br><br>vs.<br><br>FORIS DAX, INC. d/b/a CRYPTO.COM,<br><br>Defendant. | Case No. 3:24-cv-06194-WHO<br><br>**DECLARATION OF JOHN KORBA IN SUPPORT OF DEFENDANT FORIS DAX, INC.'S MOTION FOR JUDGMENT ON THE PLEADINGS**<br><br>Complaint filed: July 1, 2024<br>Removal filed: August 30, 2024<br>Second Amended Complaint filed: May 23, 2025<br>Pretrial Conference: December 21, 2026<br>Trial Date: January 25, 2027 |

## DECLARATION OF JOHN KORBA

I, John Korba declare:

1.    At all times mentioned in this Declaration, I am and have been an attorney at law duly admitted to practice in The District of Columbia. I am admitted *pro hac vice* to practice before this Court in this matter. *See* [DE No. 128] (Order Granting Application for Admission of Attorney Pro Hac Vice). I am an attorney of the law firm of Foley & Lardner LLP, counsel for Defendant Foris DAX, Inc., d/b/a Crypto.com ("Foris DAX") in this action.

2.    I make this Declaration in support of Foris DAX's Motion for Judgment on the Pleadings. I have personal knowledge of all the facts set forth in this motion, and if called and sworn as a witness at trial or any other hearing before this Court, would and could testify as set forth herein.

3.    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on April 8, 2026, at Washington, DC.

DATED: April 8, 2026                    **FOLEY & LARDNER LLP**


By: *s/ John Korba*
JOHN KORBA
*Attorney for Defendant, Foris DAX, Inc.*

DECLARATION OF JOHN KORBA ISO MOTION FOR JUDGMENT ON
THE PLEADINGS
Case No. 3:24-CV-06194-WHO