**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JUNG MIN LEE,<br><br>            Plaintiff,<br><br>     vs.<br><br>FORIS DAX, INC.,<br><br>            Defendant. | Case No.: 3-24-cv-06194-WHO<br><br>Assigned to the Honorable William H. Orrick, Courtroom 2<br><br>**[PROPOSED] ORDER GRANTING FORIS DAX, INC.'S MOTION FOR JUDGMENT ON THE PLEADINGS**<br><br>Complaint filed: July 1, 2024<br>Removal filed: August 30, 2024<br>Second Amended Complaint filed: May 23, 2025<br>Pretrial Conference: December 21, 2026<br>Trial Date: January 25, 2027 |

This matter came before the Court on Defendant Foris DAX, Inc. d/b/a Crypto.com ("Foris DAX")'s Motion for Judgment on the Pleadings. *See* [DE No. 137]. Based on the supporting and any opposing papers, Second Amended Complaint and all other pleadings on file in this matter, and arguments of counsel, Foris DAX's motion for judgment on the pleadings is **GRANTED**.

Accordingly, Plaintiff's Second Amended Complaint is dismissed in its entirety with prejudice and without leave to amend as to Foris DAX, and judgment shall be entered in favor of Foris DAX and against Plaintiff Jung Min Lee as to Plaintiff's remaining claim under California's Unfair Competition Law ("UCL") predicated on allegedly unlawful violations of the Bank Secrecy Act.

**IT IS SO ORDERED.**

Dated: _____          _____
                                                                    **WILLIAM H. ORRICK**
                                                                    **United States District Court Judge**