**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **JUNG MIN LEE**, an individual,<br><br>        Plaintiff,<br><br>    v.<br><br>**FORIS DAX, INC. D/B/A CRYPTO.COM**, a Delaware corporation; and **DOES 1 through 25**,<br><br>        Defendants. | Case No. 3:24-cv-06194-WHO<br><br>**ORDER GRANTING STIPULATION REQUEST PURSUANT TO EXTEND DEADLINE FOR PLAINTIFF TO OPPOSE DEFENDANT FORIS DAX, INC.'S MOTION FOR JUDGMENT ON THE PLEADINGS AND CONTINUING HEARING**<br><br>Date:      May 20, 2026<br>Time:      2:00 p.m.<br>Judge:    Hon. William H. Orrick<br><br>Complaint filed:  July 1, 2024<br>Removal filed:    August 30, 2024<br>SAC filed:          May 23, 2025<br>Pretrial Conf.:    December 21, 2026<br>Trial Date:         January 25, 2027 |

Case No. 3:24-cv-06194-WHO

**ORDER RE: STIP REQUEST TO EXTEND TIME TO RESPOND MJOP**

**ORDER**

PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:

1.  Plaintiff's deadline to file and serve an opposition to Defendant Foris DAX, Inc.'s Motion for Judgment on the Pleadings is extended up to and including May 6, 2026.

2.  The hearing on Defendant's Motion for Judgment on the Pleadings, currently noticed for May 20, 2026, at 2:00 p.m., is continued to June 3, 2026, at 2:00 p.m.

3.  Defendant's deadline to file and serve its reply in support of the Motion for Judgment on the Pleadings shall be extended through and including May 20, 2026.

**IT IS SO ORDERED.**

DATED: April 16, 2026

_____
HON. WILLIAN H. ORRICK
United States District Court Judge