# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

JUNG MIN LEE,

        Plaintiff,

    vs.

FORIS DAX, INC. d/b/a CRYPTO.COM;
FIRST REPUBLIC BANK; CATHERINE
EVANS; AND DOES 1 through 25,

        Defendants.

Case No. 3:24-cv-06194-WHO

**[PORPOSED] ORDER GRANTING DEFENDANT FORIS DAX, INC. D/B/A CRYPTO.COM'S MOTION AND MOTION TO STAY DISCOVERY PENDING RESOLUTION OF DISPOSITIVE MOTION**

Date:      August 20, 2025
Time:      2:00 p.m.
Judge:    William H. Orrick
Place:    Courtroom 2
           450 Golden Gate Ave.
           San Francisco, CA 94102

Complaint filed: July 1, 2024
Removal filed: August 30, 2024
Second Amended Complaint filed: May 23, 2025
Pretrial Conference: June 8, 2026
Trial Date: July 6, 2026

This matter came before the Court on Defendant Foris DAX, Inc. d/b/a Crypto.com ("Crypto.com")'s Motion to Stay Discovery and Deadlines Associated with Obligations Arising Under Section 6.3 of the Stipulated Protective Order (the "Motion"). Based on the Motion and supporting declaration, the Motion is **GRANTED.**

Discovery and any deadlines arising under the Stipulated Protective Order are hereby **STAYED** pending resolution of Crypto.com's Motion for Judgment on the Pleadings [ECF No. 137].

**IT IS SO ORDERED.**

Dated: _____        _____

WILLIAM H. ORRICK
United States District Court Judge